The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel.* JEANETTE NYMAN,<br><br>Plaintiffs,<br><br>v.<br><br>DAIYA HEALTHCARE, PLLC,<br><br>Defendant. | CASE NO. 20-cv-1525-TSZ<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

The United States of America and the State of Washington (collectively, the "Governmental Entities") have filed an *ex parte* Application for an Extension of Time to Consider Election to Intervene seeking a six-month extension of time, from June 15, 2021 to December 15, 2021, to notify the Court whether they intend to intervene in this *qui tam* action. Such an extension of time is expressly contemplated by the False Claims Act and the Washington State Medicaid Fraud False Claims Act, which provide that the Governmental Entities "may, for good cause shown" move the Court for extensions of time. 31 U.S.C. § 3730(b)(3); Wash. Rev. Code § 74.66.050(3). The Court finds that the *ex parte* Application establishes good cause.

ORDER - 1
20-cv-1525-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, the Governmental Entities' motion for extension, docket no. 5, is GRANTED, and it is hereby ORDERED that the Governmental Entities shall have until December 15, 2021, to notify the Court of their decision to intervene in this *qui tam* action. The Clerk shall maintain the Complaint and other filings under seal for the duration of the investigation.

DATED this 25th day of June, 2021.

Thomas S. Zilly
United States District Judge

Presented By:

*s/ Matt Waldrop*
MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov

*s/ Matthew Kuehn*
MATTHEW KUEHN, WSBA #30419
Assistant Attorney General
Office of the Attorney General of Washington State
Medicaid Fraud Control Division
On behalf of the States
P.O. Box 40114
Olympia, WA 98504-0124
Phone: 360-586-8888
E-mail: matthew.kuehn@atg.wa.gov

ORDER - 2
20-cv-1525-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970