FILED _____ ENTERED
LODGED _____ RECEIVED

APR 28 2022   MV

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                            DEPUTY

The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel.* JEANETTE NYMAN,

Plaintiffs,

v.

DAIYA HEALTHCARE, PLLC,

Defendant.

CASE NO.  20-cv-1525-TSZ

**FILED UNDER SEAL**

NOTICE OF RELATED CASE

Pursuant to Local Civil Rule 3(g), The United States of America hereby notifies the Court that one related case is pending in this District.

The filed action, *United States of America, State of California, State of Hawaii, State of New Mexico, and State of Washington, ex rel. John Doe v. Daiya Healthcare, PLLC and Bhupinder Walia, M.D.*, Case No. 22-CV-565-RSM, pending before The Honorable Ricardo S. Martinez, was filed on April 27, 2022.

The Complaint in the related case involves two of the same plaintiffs (the United States of America and the State of Washington), one of the same defendants (Daiya Healthcare, PLLC), and appears to contain similar allegations. Relator John Doe broadly alleges that Defendants provided

NOTICE OF RELATED CASE - 1
20-cv-1525-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  unnecessary medical services and participated in "up-coding" medical billing practices, in violation
2  of the False Claims Act, 31 U.S.C. §§ 3729–33, and the various state False Claims Acts and related
3  regulations.

4  DATED this 28th day of April, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov

*Attorneys for the United States of America*

NOTICE OF RELATED CASE - 2
20-cv-1525-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970