The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel.* JEANETTE NYMAN,<br><br>Plaintiffs,<br><br>v.<br><br>DAIYA HEALTHCARE, PLLC,<br><br>Defendant. | CASE NO. 20-cv-1525-TSZ<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

The United States of America and the State of Washington (collectively, the "Governmental Entities") have filed an *Ex Parte* Application for an order partially lifting the seal in this case so that the Governmental Entities may, at their discretion, (1) inform the Defendant and any necessary party of the existence of this *qui tam* action, and (2) provide Defendant and any necessary party with a copy of the Complaint, any future amended complaints, and this Order. The Court is satisfied that a partial lifting of the seal is consistent with the seal provisions of the False Claims Act and may expedite the Governmental Entities' investigation and possible resolution of this matter.

THEREFORE, IT IS HEREBY ORDERED that the Governmental Entities' *Ex Parte* Application for a Partial Lifting of Seal, docket no. 12, is GRANTED, such that the Governmental

ORDER - 1
20-cv-1525-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Entities, at their discretion, may disclose the existence of this *qui tam* action and provide a copy of the Complaint, any future amended complaints, and this Order to Defendant and any other necessary party. The Clerk shall otherwise maintain the Complaint and all other filings in this action under seal for the duration of the Governmental Entities' investigation or until otherwise ordered by the Court.

DATED this 5th day of July, 2022.

Thomas S. Zilly
United States District Judge

Presented By:

*s/ Matt Waldrop*
MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  james.waldrop@usdoj.gov

*s/ Matthew Kuehn*
MATTHEW KUEHN, WSBA #30419
Assistant Attorney General
Office of the Attorney General of Washington State
Medicaid Fraud Control Division
On behalf of the States
P.O. Box 40114
Olympia, WA 98504-0124
Phone: 360-586-8888
E-mail: matthew.kuehn@atg.wa.gov

ORDER - 2
20-cv-1525-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970