The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel*. JEANETTE NYMAN,<br><br>Plaintiffs,<br><br>v.<br><br>DAIYA HEALTHCARE, PLLC,<br><br>Defendant. | CASE NO. 20-cv-1525-TSZ<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

The United States of America and the State of Washington (collectively, the "Governmental Entities") have filed an *ex parte* Application for an Extension of Time to Consider Election to Intervene, seeking a six-month extension of time, from June 15, 2023, to December 15, 2023, to notify the Court whether they intend to intervene in this *qui tam* action. Such an extension of time is expressly contemplated by the False Claims Act and the Washington State Medicaid Fraud False Claims Act, which provide that the Governmental Entities "may, for good cause shown" move the Court for extensions of time. 31 U.S.C. § 3730(b)(3); Wash. Rev. Code § 74.66.050(3). The Court finds that the *ex parte* Application establishes good cause.

ORDER - 1
20-cv-1525-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Accordingly, the Governmental Entities **sixth** motion for extension, docket no. 16, is
2  GRANTED, and the Government Entities shall have until December 15, 2023, to notify the Court of
3  their decision to intervene in this *qui tam* action. The Governmental Entities are hereby ADVISED
4  that the Court will be very reluctant to grant any further extension requests.  The Clerk shall
5  maintain the Complaint and other filings under seal for the duration of the investigation.
6  DATED this 21st day of June, 2023.

7
8  _____
9  Thomas S. Zilly
   United States District Judge
10
11  Presented By:

12  *s/ Matt Waldrop*
    MATT WALDROP, Georgia Bar #349571
13  Assistant United States Attorney
    United States Attorney's Office
14  700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
15  Phone:  206-553-7970
    Fax:  206-553-4067
16  Email:  james.waldrop@usdoj.gov

17
    *s/ Matthew Kuehn*
18  MATTHEW KUEHN, WSBA #30419
    Assistant Attorney General
19  Office of the Attorney General of Washington State
    Medicaid Fraud Control Division
20  On behalf of the States
    P.O. Box 40114
21  Olympia, WA 98504-0124
    Phone: 360-586-8888
22  E-mail: matthew.kuehn@atg.wa.gov

23

ORDER - 2
20-cv-1525-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970