```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

        SEP 16 2024    MH

           AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel.* JEANETTE NYMAN,<br><br>                Plaintiffs,<br><br>        v.<br><br>DAIYA HEALTHCARE, PLLC,<br><br>                Defendant. | CASE NO. 20-cv-1525-TSZ<br><br>**FILED UNDER SEAL**<br><br>Noted for Consideration on:<br>September 16, 2024 |

**GOVERNMENTAL ENTITIES' *EX PARTE* NOTICE OF INTERVENTION-IN-PART FOR PURPOSES OF EFFECTUATING SETTLEMENT AND DECLINATION-IN-PART AND APPLICATION FOR AN UNSEALING OF RELATOR'S COMPLAINT**

The United States of America and the State of Washington (collectively, the "Governmental Entities"); Defendant Daiya Healthcare, PLLC; and the Relator have concluded a final settlement to resolve the claims brought on behalf of the Governmental Entities in this action. Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), and Wash. Rev. Code § 74.66.060(b), the Governmental Entities hereby notify the Court of their decision to intervene in part for the purpose of settlement and to decline in part, and respectfully apply to the Court *ex parte* for an Order lifting the seal.

*EX PARTE* NOTICE OF INTERVENTION-IN-PART - 1
20-cv-1525-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Specifically, the Governmental Entities intervene in this action with respect to the Covered Conduct, as defined in Paragraphs D & E of the Settlement Agreement executed among the parties on September 16, 2024 ("Settlement Agreement"). The Governmental Entities decline intervention with respect to all other claims alleged in this action apart from those based upon the Covered Conduct.

Under the terms of the Settlement Agreement among the parties, following Defendant's payment to the Governmental Entities pursuant to the terms and conditions set forth in the Settlement Agreement, the Governmental Entities and the Relator will file a Joint Stipulation of Dismissal with respect to all claims brought on behalf of the Governmental Entities.

In light of the Settlement Agreement reached among the parties, the Governmental Entities do not presently intend to file a complaint in intervention but reserve the right to seek leave to file such a complaint in the event that Defendant does not completely pay the full settlement amount consistent with the terms of the Settlement Agreement.

Accordingly, in anticipation of filing of a Stipulation of Dismissal, the Governmental Entities request that this Court enter an Order, in the form herewith provided, which lifts the seal on the Relator's Complaint, this Notice and Application, and all other filings.

A proposed order accompanies this Notice and Application.

//
//

*EX PARTE* NOTICE OF INTERVENTION-IN-PART - 2
20-cv-1525-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 16th day of September, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*/s/ Matt Waldrop*

MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov

*Attorneys for the United States of America*

ROBERT W. FERGUSON
Attorney General of Washington State

*Matt Waldrop GA #349571 for*

MATTHEW KUEHN, WSBA #30419
Assistant Attorney General
Office of the Attorney General of Washington State
Medicaid Fraud Control Division
On behalf of the States
P.O. Box 40114
Olympia, WA 98504-0124
Phone: 360-586-8888
E-mail: matthew.kuehn@atg.wa.gov

*Attorneys for the State of Washington*

I certify that this memorandum contains 313 words, in compliance with the Local Civil Rules.

EX PARTE NOTICE OF INTERVENTION-IN-PART - 3
20-cv-1525-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970