The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel*. JEANETTE NYMAN,

Plaintiffs,

v.

DAIYA HEALTHCARE, PLLC,

Defendant.

CASE NO. 20-cv-1525-TSZ

**ORDER**

The United States and the State of Washington (collectively, the "Governmental Entities"), pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) & (4), and RCW 74.66.060(b), having intervened in part for the purpose of settlement in this action, and having requested that the Court lift the seal in this case; it is hereby:

ORDERED that the seal shall be lifted on all matters in this action; and it is further

ORDERED that, within sixty (60) days of the date of this Order, the parties shall file a stipulation of dismissal, along with a copy of the Settlement Agreement, or a joint status report indicating why such stipulation cannot be filed; and it is further

ORDER - 1
20-cv-1525-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ORDERED that the Clerk of the Court shall provide a copy of this Order to all counsel of record.

DATED this 18th day of September, 2024.

*[signature]*
Thomas S. Zilly
United States District Judge

Presented By:

*s/ Matt Waldrop*
MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  james.waldrop@usdoj.gov

*s/ Matthew Kuehn*
MATTHEW KUEHN, WSBA #30419
Assistant Attorney General
Office of the Attorney General of Washington State
Medicaid Fraud Control Division
On behalf of the States
P.O. Box 40114
Olympia, WA 98504-0124
Phone: 360-586-8888
E-mail: matthew.kuehn@atg.wa.gov

ORDER - 2
20-cv-1525-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970