UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel*. JEANETTE NYMAN,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DAIYA HEALTHCARE, PLLC,<br><br>　　　　　　　　Defendant. | C20-1525 TSZ |
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF HAWAII, STATE OF NEW MEXICO, and STATE OF WASHINGTON, *ex rel.* JOHN DOE,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DAIYA HEALTHCARE, PLLC and BHUPINDER WALIA, M.D.,<br><br>　　　　　　　　Defendants. | C22-0565 TSZ<br><br>**ORDER** |

Having reviewed the parties' Joint Status Report in Case No. C20-1525, docket no. 25, indicating that an extension of the deadline for filing a stipulation of dismissal is required because

ORDER - 1

defendant Daiya Healthcare PLLC needs additional time to make an initial settlement payment, the Court hereby ORDERS as follows:

(1) On or before December 20, 2024, the parties in both of these matters shall file a stipulation of dismissal, along with a copy of the Settlement Agreement, or a joint status report indicating why such stipulation cannot be filed;

(2) Defendant's request to be excused from the requirement of filing a copy of the Settlement Agreement is DENIED, but the Settlement Agreement may be filed under seal; and

(3) The Clerk is directed to send a copy of this Order to all counsel of record.

DATED this 21st day of November, 2024.

Thomas S. Zilly
United States District Judge

ORDER - 2