1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA and STATE
OF WASHINGTON, *ex rel*. JEANETTE
NYMAN,

                                   Plaintiffs,

                v.

DAIYA HEALTHCARE, PLLC,

                                   Defendant.

C20-1525 TSZ


ORDER

        The parties' stipulated motion to dismiss, docket no. 29, is GRANTED, and it is hereby

ORDERED as follows:

        1.      As required by 31 U.S.C. § 3730(b)(1), the Attorney General of the United States,

through counsel of record Assistant United States Attorney Matt Waldrop, is deemed to have

consented to the dismissal of this matter, and having reviewed the Settlement Agreement, docket

no. 27-1, among all parties to this case and the related matter, W.D. Wash. Case No. C22-565, the

Court also consents to the dismissal;

        2.      All of the claims against defendant Daiya Healthcare, PLLC set forth in the

Complaint are DISMISSED with prejudice to relator Jeanette Nyman, and with prejudice to

1  plaintiffs United States of America and the State of Washington to the extent of the "Covered

2  Conduct," as that term is defined in the Settlement Agreement executed by the parties as of

3  October 28, 2024, docket no. 27-1, but otherwise without prejudice to the United States and the State

4  of Washington; and

5      3.      The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

6      DATED this 3rd day of January, 2025.

7

8                                      _____

9                                      Thomas S. Zilly
                                       United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2
20-cv-1525-TSZ